# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**JOSH DARBONNE (#97166)**  CIVIL ACTION

**VERSUS**

**JERRY WHALES, ET AL.**  NO. 18-0834-SDD-EWD

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on October 31, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSH DARBONNE (#97166)					CIVIL ACTION

VERSUS

JERRY WHALES, ET AL.					NO. 18-0834-SDD-EWD

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

*Pro se* Plaintiff, a prisoner confined at the Beauregard Parish Jail, DeRidder, Louisiana, filed this proceeding, apparently pursuant to 42 U.S.C. § 1983, complaining in a pleading that is largely indecipherable and is not in proper form, that he has been unable to obtain assistance from parish or federal officials notwithstanding that such officials and third parties have, *inter alia*, purportedly threatened and mistreated Plaintiff, have kidnaped and possible sexually assaulted a woman identified by Plaintiff, have wrongly imprisoned Plaintiff, and have utilized certain toxic chemicals in actions Plaintiff describes as being "domestic terrorism."

Under the provisions of 28 U.S.C. § 1391(b)(1) and (2), a civil action may generally be brought in a judicial district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred.   Further, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), a case filed in a Court of improper or inconvenient venue may be transferred, in the interest of justice and for the convenience of the parties and witnesses, to a district in which it could have been brought.   In the instant case, Plaintiff is currently confined in the Western District of Louisiana and complains regarding events that have allegedly occurred in the Western District.   Inasmuch as Plaintiff and the named Defendants and witnesses related to Plaintiff's

claims are located in the Western District, the Court believes that it is in the interest of justice to transfer this case to the Western District of Louisiana where the evidence and witnesses will more likely be easily located and produced.

## **RECOMMENDATION**

It is recommended that this matter be transferred to the Western District of Louisiana for further proceedings.

Signed in Baton Rouge, Louisiana, on October 31, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**