UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSH DARBONNE                                  CIVIL ACTION

VERSUS

18-834-SDD-EWD

BRANDON JEAN, ET AL.

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated October 31, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter is transferred to the Western District of Louisiana for further proceedings.

Signed in Baton Rouge, Louisiana the 12 day of December, 2018.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 2.